IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| BARBARA A. KOLVICK, | ) No. C10-1804-JCC-MAT |
| Plaintiff, | ) [~~PROPOSED~~] ORDER GRANTING TWO-WEEK EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on Plaintiff's motion, it is hereby ORDERED that the Scheduling of Briefing is amended as follows:

- Plaintiff Opening Brief is due March 2, 2011

- Defendant's Responsive Brief is due March 30, 2011

- Plaintiff's optional Reply Brief is due April 13, 2011

Dated this <u>16th</u> day of February, 2011.

*/s/ Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

Page 1 ORDER [C10-1804-JCC-MAT]

1  Presented by:

2  Robert A. Friedman
   Robert A. Friedman & Assoc.
3  3410 Broadway
   Everett, Washington 98201
4  (425) 252-5551
   cshear@rafalaw.com

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 1 ORDER [C10-1804-JCC-MAT]