UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| BARBARA A. KOLVICK,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No.  C10-1804-JCC-MAT<br><br><br>[~~PROPOSED~~] ORDER AMENDING THE SCHEDULING ORDER |

Based upon the motion by Defendant, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before April 27, 2011; and

- Plaintiff shall file the Optional Reply Brief on or before May 11, 2011.

This is the second stipulation for extension of the briefing schedule granted to the parties.  **No further extensions will be granted absent extraordinary circumstances.**

Page 1   ORDER – [10-1804-JCC-MAT]

DATED this 23rd day of March, 2011.

Mary Alice Theiler
United States Magistrate Judge

Presented By:

/s/ Nancy A. Mishalanie
NANCY A. MISHALANIE
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington 98104-7075
Telephone:  (206) 615-3619
Fax:  (206) 615-2531
nancy.mishalanie@ssa.gov